SUSAN HEANEY HILDEN, ESQ.
Nevada Bar No. 5358
shilden@meruelogroup.com
2500 East Second Street
Reno, Nevada 89595
Telephone: (775) 789-5362

Attorney for Defendants
MEI-GSR HOLDINGS LLC dba GRAND SIERRA
RESORT AND CASINO and MOHAMMAD
RAFAQAT

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| OUMAR SIDIBE,<br><br>          Plaintiff,<br><br>v.<br><br>MEI-GSR HOLDINGS LLC dba GRAND SIERRA RESORT AND CASINO and MOHAMMAD RAFAQAT,<br><br>          Defendants. | Case No.: 3:19-cv-00681-MMD-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br>**(FIRST REQUEST]** |

      Defendants MEI-GSR HOLDINGS LLC dba GRAND SIERRA RESORT AND CASINO and MOHAMMAD RAFAQAT, by and through their counsel Susan Hilden of Meruelo Group, LLC and Plaintiff OUMAR SIDIBE, by and through his counsel Terri Keyser-Cooper of the Law Office of Terri Keyser-Cooper, hereby stipulate and agree to extend the time period for Defendants to file their Reply to Plaintiff's Opposition to Defendants' Motion, up to and including January 24, 2020.

///

///

///

///

| | |
|---|---|
| 1 | This stipulation is entered into in good faith. |
| 2 | |
| 3 | |
| 3 | Dated this 21st day of January 2020 |

Dated this 21st day of January 2020

MERUELO GROUP, LLC

By: /s/ Susan Hilden
SUSAN HILDEN
*Attorney for Defendants*

Dated this 21st day of January 2020

LAW OFFICE OF TERRI KEYSER-COOPER

By: /s/ Terri Keyser-Cooper
TERRI KEYSER-COOPER
*Attorney for Plaintiff Oumar Sidibe*

**IT IS SO ORDERED.**

Dated this 21st day of January 2020

_____
**U.S. DISTRICT COURT JUDGE**

1.