1  SUSAN HEANEY HILDEN, ESQ.
   Nevada Bar No. 5358
2  shilden@meruelogroup.com
   2500 East Second Street
3  Reno, Nevada 89595
   Telephone: (775) 789-5362
4

5  Attorney for Defendants
   MEI-GSR HOLDINGS LLC dba GRAND SIERRA
6  RESORT AND CASINO and MOHAMMAD
   RAFAQAT
7

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10 OUMAR SIDIBE,
                                            Case No.: 3:19-cv-00681-MMD-WGC
11             Plaintiff,

12 v.                                       **STIPULATION AND ORDER FOR
                                            DISMISSAL WITH PREJUDICE**
13

14 MEI-GSR HOLDINGS LLC dba GRAND
   SIERRA RESORT AND CASINO and
15 MOHAMMAD RAFAQAT,

16
               Defendants.
17

18

19     Defendants MEI-GSR HOLDINGS LLC dba GRAND SIERRA RESORT AND CASINO

20 and MOHAMMAD RAFAQAT, by and through their counsel Susan Heaney Hilden and Plaintiff

21 OUMAR SIDIBE, by and through his counsel Terri Keyser-Cooper of the Law Office of Terri

22 Keyser-Cooper, hereby stipulate and agree that the above entitled matter be dismissed with

23

24

25

26 ///

27 ///

28 ///

prejudice, each party to bear its own attorneys' fees and costs.

Dated this  7th day of August 2020

                                        MERUELO GROUP, LLC

                                        By:     /s/ Susan Hilden
                                                SUSAN HILDEN
                                                *Attorney for Defendants*

Dated this 7th day of August 2020

                                        LAW OFFICE OF TERRI KEYSER-COOPER

                                        By:     /s/ Terri Keyser-Cooper
                                                TERRI KEYSER-COOPER
                                                *Attorney for Plaintiff Oumar Sidibe*

**IT IS SO ORDERED.**

Dated this  10th day of August 2020

_____
**U.S. DISTRICT COURT JUDGE**

1.